UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| G3 AUTOMOTIVE, LLC and GRUBBS AUTOMOTIVE CDAL, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 3:26-cv-01681-K |
| FCA US LLC, | ) ) | |
| Defendant. | ) ) | |

**<u>SECOND AMENDED NOTICE OF REMOVAL</u>**

Defendant FCA US LLC ("FCA"), by counsel and under 28 U.S.C. §§ 1332, 1441, and 1446 and Local Civil Rule 81, and pursuant to the Court's May 26, 2026 Electronic Order (Docket No. 6), files this Second Amended Notice of Removal. In support of this notice, Defendant states:

1.     On April 23, 2026, Plaintiffs G3 Automotive, LLC ("G3") and Grubbs Automotive CDAL, LLC ("CDAL", and collectively, "Plaintiffs") filed a civil action Petition ("Petition") against FCA in the District Court of Dallas County, Texas under Cause No. DC-26-07412 (the "State Court Case"). On April 28, 2026, the Clerk of the District Court issued a Citation ("Citation") with the Petition by certified mail to FCA's registered agent.

2.     On May 4, 2026, FCA's registered agent received the Citation and Petition and provided it to FCA. A copy of the service of process notification was filed with FCA's Notice of Removal.

3.     On May 22, 2026, FCA filed a Notice of Removal within 30 days of FCA's receipt of the Complaint. *See* Docket No. 1. Accordingly, removal was timely under 28 U.S.C. §§ 1446(b).

4.     Copies of all documents required to be attached to this notice under Local Civil Rule 81, including the index, the docket sheet for the State Court Case, Plaintiff's Original Petition,

the Citation issued by the District Court, and a separately signed certificate of interested persons pursuant to LR 3.1(c), were filed with the Notice of Removal. *See* Docket No. 1. There are no other pleadings asserting or answering causes of action and the state judge has issued no orders in the case.

5.      This Court has original jurisdiction under 28 U.S.C. § 1332.

6.      FCA US LLC is a Delaware limited liability company with its principal place of business in Auburn Hills, MI. For diversity purposes, it is a citizen of Delaware, Michigan, and, through its members, the United Kingdom:

      a.  FCA US LLC has one member, FCA North America Holdings LLC.  FCA North America Holdings LLC is a Delaware limited liability company with its principal place of business in Auburn Hills, MI. FCA North America Holdings LLC is thus a citizen of Delaware, Michigan, and, through its members, the United Kingdom.

      b.  FCA North America Holdings LLC has one member, FCA Foreign Sales Holdco Ltd., which is a limited private company organized under the laws of the United Kingdom with its registered office in England and Wales.[1] FCA Foreign Sales Holdco Ltd. is a citizen of the United Kingdom.

7.      Plaintiff G3 is a Texas limited liability company with its principal place of business in Dallas, Texas.

---

[1] For diversity purposes, a limited private company in England is equivalent to a corporation. A "limited company is a juridical person and a foreign citizen for purposes of diversity jurisdiction." *Green Coast Enters., LLC v. Certain Underwriters at Lloyd's*, No. CV 22-973, 2022 WL 2208206, at *4 (E.D. La. June 21, 2022) (finding that "multiple other district courts . . . have held that [United Kingdom] private limited companies are treated as corporations for the purposes of diversity subject-matter jurisdiction" and citing cases.).

a. G3's sole owner and member is George Grubbs III, who, on information and belief, is domiciled in and a citizen of Texas, where he, as President and CEO of Grubbs Family of Dealerships, owns and/or controls 13 automotive dealerships.[2] Grubbs' website indicates the address for Grubbs Family of Dealerships is 1500 East State Highway 114, Grapevine, TX 76051.[3] Thus, Plaintiff G3 is a citizen of Texas.

8. Plaintiff CDAL is a Texas limited liability company with its principal place of business in Grapevine, Texas.

a. CDAL's two owners and members are George Grubbs III who, on information and belief, is domiciled in and a citizen of Texas, and Benjamin Wesley Hayes, who, as COO of Grubbs Family of Dealerships,[4] is also domiciled in and a citizen of Texas for the reasons discussed above. Thus, Plaintiff CDAL is a citizen of Texas.

9. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. Plaintiffs assert in paragraph 8 of its Original Petition that they are seeking in excess of $1,000,000.00 in damages for its claims against Defendant.

10. Under 28 U.S.C. § 1446(d), contemporaneously with the filing of its notice of removal, Defendant filed a copy of same, along with a Notice of Filing of Notice of Removal, in the State Court case. Written notice of the filing of this Notice of Removal was also served upon Plaintiffs through their counsel of record.

---

[2] *See* https://www.grubbs.com/locations.html (last accessed May 28, 2026).
[3] *See* https://www.grubbs.com/grubbs-automotive-history (last accessed May 28, 2026).
[4] *See* https://www.grubbs.com/locations.html (last accessed May 28, 2026).

WHEREFORE, Defendant FCA US LLC respectfully requests that the Court assume jurisdiction over this cause in accordance with 28 U.S.C. §§ 1332, 1441, and 1446.

Respectfully submitted this 1st day of June 2026.

*/s/ Brent T. Buyse*_____
Brent T. Buyse (Texas Bar No. 24105567)
Nelson Mullins Riley & Scarborough LLP
3333 Lee Parkway, Suite 750
Dallas, TX  75219
Telephone: (469) 484-5962
Facsimile: (469) 828-7217
Email: brent.buyse@nelsonmullins.com

Mark T. Clouatre (Texas Bar No. 00793521)
Nelson Mullins Riley & Scarborough LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202
Telephone: (303) 583-9900
Facsimile: (303) 583-9999
Email: mark.clouatre@nelsonmullins.com

Keith Russell (Texas Bar No. 24007966)
Nelson Mullins Riley & Scarborough LLP
1111 Bagby Street, Suite 2100
Houston, Texas 77002
Telephone: (346) 646-6670
Facsimile: (346) 241-3758

*Attorneys for Defendant FCA US LLC*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, the foregoing **SECOND AMENDED NOTICE OF REMOVAL** was electronically filed with the Clerk of the Court using CM/ECF and served upon Plaintiff's counsel at the following e-mail addresses:

James Bruce Bennett
jbb.chblaw@me.com

Leon Komkov
leonkomkov@gmail.com
lvk@cardwellhartbennett.com


*/s/ Brent T. Buyse*_____
**BRENT T. BUYSE**

5