# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

G3 Automotive, LLC; Grubbs Automotive CD
Plaintiff

v.

3:26-CV-01681-K
Civil Action No.

FCA US LLC
Defendant

## AMENDED
## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

FCA US LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Exor N.V. is the only publicly held corporation that owns 10% more of the stock of FCA US LLC.  See Exhibit A for further details regarding the members and ownership of FCA US LLC.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

None

| | |
|---|---|
| Date: | June 4, 2026 |
| Signature: | /s/ Brent T. Busey |
| Print Name: | Brent T. Busey |
| Bar Number: | 24105567 |
| Address: | 3333 Lee Parkway, Suite 750 |
| City, State, Zip: | Dallas, TX  75219 |
| Telephone: | (469) 484-5962 |
| Fax: | (469) 828-7217 |
| E-Mail: | brent.buyse@nelsonmullins.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.

**EXHIBIT A**

FCA US LLC is a Delaware limited liability company with its principal place of business in Auburn Hills, MI. For diversity purposes, it is a citizen of Delaware, Michigan, and, through its members, the United Kingdom.

FCA US LLC has one member, FCA North America Holdings LLC. FCA North America Holdings LLC is a Delaware limited liability company with its principal place of business in Auburn Hills, MI.  FCA North America Holdings LLC is thus a citizen of Delaware, Michigan, and, through its members, the United Kingdom.

FCA North America Holdings LLC has one member, FCA Foreign Sales Holdco Ltd., which is a limited private company organized under the laws of the United Kingdom with its registered office in England and Wales. FCA Foreign Sales Holdco Ltd. is a citizen of the United Kingdom.

FCA Foreign Sales Holdco Ltd. is 100% owned by SFS UK1 Limited, a company organized under the laws of the United Kingdom with its registered office in England and Wales.

SFS UK1 Limited is 100% owned by Stellantis N.V. (formerly known as Fiat Chrysler Automobiles N.V.), which is a publicly traded company organized under the laws of the Netherlands with its principal place of business in the Netherlands.

As of February 25, 2026, Exor N.V., a publicly traded company in Italy, owns 15.48% of the shares of Stellantis N.V.